**Derrick André CEPHAS, Plaintiff— Appellant,**

v.

**PEPSI BOTTLING GROUP, INCORPORATED, De- fendant—Appellee.**

No. 05–2415.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2006.

Decided: April 24, 2006.

Derrick André Cephas, Appellant Pro Se. Bruce Stephen Harrison, Adam S. Belzberg, Shawe & Rosenthal, LLP, Baltimore, Maryland, for Appellee.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick André Cephas appeals the district court's order granting summary judgment to the Defendant on his Title VII and 42 U.S.C. § 1981 (2000) claims of employment discrimination based on race and retaliation. See 42 U.S.C. §§ 2000e—2000e– 17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cephas v. Pepsi Bottling Group, No. CA–04–2269–WMN (D.Md. Dec. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*